IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 453-3 |
| vs. ) | |
| ) | Judge Wayne R. Andersen |
| LESLIE LOVE ) | |

**AGREED MOTION FOR TRAVEL OUTSIDE OF DISTRICT**

NOW COMES the defendant Leslie Love, by his attorney John M. Beal, and moves this Court, pursuant to 18 U.S.C. §3142(c)(3), to modify his pretrial release order to allow him to travel to Normal, Illinois, for the Labor Day weekend, and in support thereof states as follows:

1. Under the terms of his pretrial release order, defendant Love is restricted to the geographic confines of the Northern District of Illinois.

2. Defendant Love is having a family gathering at his sister's house in Normal, Illinois, from August 31 to September 1, 2008, which defendant Love desires to attend.

4. Defendant Love will keep Pretrial Services informed of his itinerary and where he will be staying.

4. Assistant U.S. Attorney Dan May has advised counsel that he has no objection to the granting of this motion.

WHEREFORE defendant Leslie Love moves this Court to modify his conditions of his pretrial release to allow him to travel to Normal, Illinois, from

August 31, to September 1, 2008.

                                                      Respectfully submitted,

                                                     _S/ JOHN M. BEAL_____
                                                     Attorney for Defendant

John M. Beal
Attorney at Law
53 West Jackson Blvd. - Suite 1108
Chicago, IL 60604
(312) 408-2766