Order Form (01/2005)

# United States District Court, Northern District of Illinois

M HN

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 CR 453 - 3 | **DATE** | 8/28/2008 |
| **CASE TITLE** | United States of America vs. Leslie Love | | |

**DOCKET ENTRY TEXT**

Enter agreed order. It is hereby ordered that defendant Leslie Love is authorized to travel to and from Normal, Illinois, From August 31, 2008, through September 1, 2008. Defendant Love is to keep Pretrial Services Office informed of his itinerary.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



FILED
2008 AUG 28 PM 3:35
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | TSA |
|---|---|---|