MHW

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 453-3 |
| vs. | ) | |
| | ) | Judge Wayne R. Andersen |
| LESLIE LOVE | ) | |

**AGREED ORDER**

THIS MATTER coming to be heard on the Agreed Motion For Travel Outside Of District, and the Court being advised in the premises,

IT IS HEREBY ORDERED that defendant Leslie Love is authorized to travel to and from Normal, Illinois, from August 31, 2008, through September 1, 2008. Defendant Love is to keep Pretrial Services Office informed of his itinerary.

ENTER:

DATE: August 28, 2008

_____
District Judge